UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan DIEGO VILLA–FRANCISCO,
Defendant–Appellant.

No. 11–15223
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 11, 2013.

Ramona Albin, Michael B. Billingsley, Thomas E. Borton, IV, Ryan K. Buchanan, Daniel J. Fortune, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

William Scott Brower, Brower Law Office, Birmingham, AL, Juan Diego Villa–

Francisco, D. Ray James CF, Folkston, GA, for Defendant–Appellant.

Before HULL, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Juan Diego Villa–Francisco, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Villa–Francisco's conviction and sentence are **AFFIRMED.**